UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 3: 22-cr-0018 |
| | § | |
| FRANKLIN TREJO-CHAVARRIA, | § | |
|    a/k/a "Impulsivo," | § | |
| | § | |
| EDGARDO MARTINEZ-RODRIGUEZ, | § | (RICO Conspiracy, 18 U.S.C. § 1962(d); |
|    a/k/a "Largo de Pino," a/k/a "Largo," | § | Murder in Aid of Racketeering, |
|    a/k/a "Edgar," a/k/a "Payaso," | § | 18 U.S.C. § 1959(a)(1); Conspiracy |
| | § | to Commit Murder in Aid |
| JULIO VIGIL-LOPEZ, | § | of Racketeering and Attempted |
|    a/k/a "Hades," | § | Murder in Aid of Racketeering, |
| | § | 18 U.S.C. § 1959(a)(5); Using, |
| WALTER ANTONIO CHICAS-GARCIA, | § | Carrying, Brandishing, and |
|    a/k/a "Walter," a/k/a "Mejia," | § | Discharging a Firearm During and |
| | § | in Relation to a Crime of Violence, |
| LUIS ERNESTO CARBAJAL-PERAZA, | § | 18 U.S.C. §§ 924(c)(1)(A)(i)-(iii); |
|    a/k/a "Destino," a/k/a "Chele," | § | Causing Death Through the Use of |
| | § | a Firearm, 18 U.S.C. § 924(j); |
| CARLOS ALEXI GARCIA-GONGORA, | § | Obstruction of Justice, 18 U.S.C. |
|    a/k/a "Garcia," a/k/a "Lil Maligno," | § | § 1512(c)(1); and Aiding and |
| | § | Abetting, 18 U.S.C. § 2; Forfeiture, |
| WILSON JOSE VENTURA-MEJIA, | § | 18 U.S.C. §§ 981(a)(1)(C) & 1963, |
|    a/k/a "Discreto," a/k/a "Disco," | § | 21 U.S.C. § 853, 28 U.S.C. § 2461(c)) |
| | § | |
| ANGEL MIGUEL AGUILAR-OCHOA, | § | |
|    a/k/a "Darki," | § | |
| | § | |
| MARLON MIRANDA-MORAN, | § | |
|    a/k/a "Chinki," | § | |
| | § | |
| WILMAN RIVAS-GUIDO, | § | |
|    a/k/a "Inquieto," and | § | |
| | § | |
| CARLOS ELIAS HENRIQUEZ-TORRES, | § | |
|    a/k/a "Kalin," | § | |
| | § | |
|    Defendants. | § | |

1

## **NOTICE OF INTENT NOT TO SEEK THE DEATH PENALTY**

COMES NOW the United States of America, by and through its counsel, Alamdar S. Hamdani, United States Attorney for the Southern District of Texas, John M. Lewis and Britni Cooper, Assistant United States Attorneys, David L. Jaffe, Chief of the Organized Crime and Gang Section of the U.S. Department of Justice, Julie Finocchiaro, Gerald Collins, and Matthew Hoff, Trial Attorneys, hereby notifies the Court and counsel for the following Defendants that it does not intend to seek the death penalty against them:

Edgardo Martinez-Rodriguez

Julio Vigil-Lopez

Wilman Rivas-Guido

    Respectfully submitted,

    */s/ John M. Lewis*
    John M. Lewis
    Britni Cooper
    Assistant United States Attorneys
    United States Attorney's Office
    Southern District of Texas

    Julie A. Finocchiaro
    Gerald Collins
    Matthew Hoff
    Trial Attorneys
    Department of Justice
    Organized Crime and Gang Section

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent to all counsel of record for each defendant on the date of this filing via ECF notification and electronic mail.

<u>/s/ John M. Lewis</u><br>
John M. Lewis<br>
Assistant United States Attorney<br>
United States Attorney's Office<br>
Southern District of Texas